IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Bobbie Y. Lane | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| v | ) | |
| | ) | |
| | ) | 12-4219-CV-C-NKL |
| | ) | |
| | ) | |
| George Lombardi, et al | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## **ORDER**

A settlement conference will be held in the above-styled cause to permit an informal discussion between the attorneys, parties and settlement judge of every aspect of the lawsuit bearing on settlement, thus allowing the settlement judge to express privately his views concerning the actual dollar settlement value or other reasonable disposition of the case. It is not necessary for parties to brief the issues in this case prior to the conference, however, if they wish to submit a brief statement, it should be emailed to jackie_price@mow.uscourts.gov

Neither the settlement conference statements nor communications during the settlement conference with the settlement judge may be used by either party in the trial of the case. The settlement judge may converse with the lawyers, the parties, or any one of them outside the hearing of the other.

*Lead trial counsel and a person with actual settlement authority for each party must be present for the conference.* A corporate or other nonperson party shall be represented by a person with sufficient authority within the organization to participate meaningfully in a discussion of settlement and to obligate the organization if a settlement agreement is reached. In addition, if an insurance company's approval or authority to settle is required by any party, a representative of that insurance company shall attend this conference. **All parties and their counsel are directed to attend this conference. Availability by telephone is not sufficient**

**unless allowed by the undersigned.** Failure to comply with the attendance requirement will subject a party and/or counsel to the imposition of appropriate sanctions, including, but not limited to, the payment of costs and fees incurred by opposing parties. If there is a problem with complying with the attendance requirement, parties are to email Jackie at jackie_price@mow.uscourts.gov.

    IT IS HEREBY ORDERED that mediation is scheduled for January 15, 2013, beginning at 10:00 a.m., U.S. Courthouse, 3B, 80 Lafayette Street, Jefferson City, Missouri.

*William A. Knox*
William A. Knox
United States Magistrate Judge

November 20, 2012