IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BOBBIE Y. LANE d/b/a CAGED POTENTIAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE LOMBARDI, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:12-CV-04219-NKL |

## ORDER

Before the Court is the Parties' Joint Motion to Approve and Direct Notice of Settlement to Certified Class, [Doc. 36]. Plaintiff filed this lawsuit pursuant to 42 U.S.C. § 1983, seeking prospective relief against what she alleged was an unconstitutional policy of the Missouri Department of Corrections. Plaintiff alleged that the Missouri Department of Corrections was not providing notice of censorship decisions and an opportunity to appeal censorship decisions to senders of material mailed to individuals in the Department of Corrections' custody. The Court certified a plaintiff class consisting of "All current and future publishers, distributors, and authors of written materials, who mail books, publications, or other written material to inmates incarcerated in prisons operated by the Missouri Department of Corrections." The Parties have entered into a settlement agreement that disposes of the claims in this lawsuit and now seek to notify class members of this settlement. The Court hereby ORDERS as follows:

1

1. The Parties' joint request for approval of the notice of proposed settlement is GRANTED.

2. Defendants, at their expense, are ORDERED to direct the notice attached to the Motion as Exhibit 2 to class members by publication in the *St. Louis Post-Dispatch* and *The Kansas City Star*. Plaintiff, at her expense, is ORDERED to direct the notice attached to the Motion as Exhibit 2 to class members by publication in *Prison Legal News*. The Parties shall complete this notice process no later than 30 days from the date of this Order. The Court finds this method of dissemination of notice to the class to be a "reasonable manner" as required by Fed. R. Civ. Pro. 23(e)(1).

3. The period in which class members may file objections to the Parties' proposed settlement under Fed. R. Civ. Pro. 23(e)(5) shall expire 90 days from the date of this Order.

4. A fairness hearing required by Fed. R. Civ. Pro. 23(e)(2) is set for Tuesday, July 1, 2014, at 10:00 a.m. in District Courtroom 4A, Jefferson City, Missouri.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: March 28, 2014
Jefferson City, Missouri